IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

RICHARD E. BEAM                                            PLAINTIFF

v.                  CIVIL 10-3103

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                 DEFENDANT

## **J U D G M E N T**

     For reasons stated in a memorandum opinion of this date, we hereby reverse the decision of the Commissioner and remand this case for further consideration pursuant to sentence four of 42 U.S.C. § 405(g). **The parties have sixty days from entry of the judgment on the docket in which to appeal.**

     If Plaintiff wishes to request an award of attorney's fees and costs under the Equal Access to Justice Act (EAJA) 28 U.S.C. § 2412, an application may be filed up until 30 days after the judgment becomes "not appealable" i.e., 30 days after the 60-day time for appeal has ended. See Shalala v. Schaefer, 509 U.S. 292, 296, 113 S.C. 2625 (1993); 28 U.S.C. §§ 2412(d)(1)(B),(d)(2)(G).

     IT IS SO ORDERED AND ADJUDGED this 31st day of January 2012.

                                                                 /s/ *Erin L. Setser*
                                                                  HON. ERIN L. SETSER
                                                                  UNITED STATES MAGISTRATE JUDGE